UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. CR09-06 JLR |
| v. | ) | |
| EDDIE V. CHANEY, | ) | DETENTION ORDER |
| Defendant. | ) | |

<u>Offenses charged</u>:

     Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846

<u>Date of Detention Hearing</u>:    February 23, 2009

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     (1)    Defendant has stipulated to detention due to being detained in CR09-39-RAJ, but reserves the right to contest his continued detention if there is a change in circumstances.

     (2)    There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

01  IT IS THEREFORE ORDERED:

02  (1)  Defendant shall be detained pending trial and committed to the custody of the

03  Attorney General for confinement in a correctional facility separate, to the extent practicable,

04  from persons awaiting or serving sentences or being held in custody pending appeal;

05  (2)  Defendant shall be afforded reasonable opportunity for private consultation

06  with counsel;

07  (3)  On order of a court of the United States or on request of an attorney for the

08  government, the person in charge of the corrections facility in which defendant is confined

09  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

10  connection with a court proceeding; and

11  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to

12  counsel for the defendant, to the United States Marshal, and to the United States Pretrial

13  Services Officer.

14  DATED this 23rd day of February, 2009.

15

16  _____
    JAMES P. DONOHUE
17  United States Magistrate Judge

18

19

20

21

22

23

24

25

26